IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU, | No. C 06-6133 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| ASSOCIATE DEAN ROBERT JACOBSEN, et al., | |
| Defendants. / | |

By order filed January 9, 2007, the Court dismissed the complaint with leave to amend. The Court instructed plaintiff to file an amended complaint no later than February 12, 2007. Plaintiff did not file an amended complaint, nor has plaintiff filed a statement for the March 2, 2007 case management conference.

The Court concludes that dismissal is appropriate due to plaintiff's failure to file an amended complaint. Plaintiff has not filed any document in this case since the Court's January 9, 2007 order, and thus it appears plaintiff does not intend to proceed with this litigation. The Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b). The March 2, 2007 case management conference is VACATED, and defendants' pending motion is DENIED as moot. (Docket No. 19).

**IT IS SO ORDERED.**

Dated: February 28, 2007

SUSAN ILLSTON
United States District Judge